UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Raul Lopez

      Plaintiff(s),

v.

New United Motor Manufacturing, Inc.'s Short and Long Term Disability Plan

      Defendant(s).

No. C

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 4, 2008

Signature: *Sean P Nalty*

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")