# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL LOPEZ, )
          Plaintiff(s) )   CASE NO. C-08-0875 MEJ
   v. )
          ) **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**
NEW UNITED MOTOR MANUFACTURING, INC'S SHORT AND LONG TERM DISABILITY PLAN )
          Defendant(s) )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

_X_ (1) One or more of the parties has requested reassignment to a United States District Judge, or

____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: April 25, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk