**Fricker & Mellen & Associates**
Timothy J. Fricker, Esq. 183309
James G. Mellen, Esq. 122035
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

Attorneys for Plaintiff
Raul Lopez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ | Case No.: C-08-00875 MEJ |
| Plaintiff, | |
| v. | **ADR CERTIFICATION BY PARTY AND COUNSEL** |
| NEW UNITED MOTOR MANUFACTURING INC.'S SHORT AND LONG TERM DISABILITY PLAN | |
| Defendant. | |

Pursuant to Civil L. R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute

Page 1

1  resolution options.

2  Date:  April 28, 2008                    /s/ T. J. Fricker for Raul Lopez
                                                              [Party]

3  Date: April 28, 2008                     /s/ T. J. Fricker
4                                                             [Counsel]

Page 2