## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 7/25/08

Case No.    C-08-0875 SI          Judge:   SUSAN ILLSTON

Title: RAUL LOPEZ -v- UNITED MOTOR MANUFACTURING

Attorneys: J. Mellen          S. Nalty

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

### PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                            PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **2/13/09    @ 9:00 a.m.**   for Motions
(Motion due **1/9/09**, Opposition **1/23/09** Reply **1/30/09**)

Case continued to    @ 3:30 p.m.   for Pretrial Conference

Case continued to    @ 8:30 a.m.   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The case shall be referred to the Court's Mediation Program.  The session shall occur by the end of
October 2008

cc: ADR