# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lopez,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>New United Motor Manufacturing, Inc.<br><br>Short and Lon,<br><br>                    Defendant(s). | 08-00875 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Robert F. Schwartz**
> Trucker Huss, APC
> 120 Montgomery St., 23rd Fl.
> San Francisco, CA 94104
> 415-788-3111

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

*United States District Court*
*Northern District of California*

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: September 10, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00875 SI MED                           - 2 -