SEAN P. NALTY (SBN 121253)
Email: sean.nalty@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.'S
SHORT AND LONG TERM DISABILITY PLAN

TIMOTHY J. FRICKER (SBN 183309)
JAMES G. MELLEN (SBN 122035)
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, California 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

Attorneys for Plaintiff
RAUL LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT AND LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO.: CV08-00875 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff Raul Lopez ("plaintiff"), and defendant New United Motors Manufacturing, Inc. STD and LTD Plan ("defendant"), through their respective attorneys of record, James G. Mellen,

---

1

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-00875 SI
405751.1

Esq. and Timothy J. Fricker, Esq., of Fricker & Mellen & Associates, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendant, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice in its entirety as to all parties pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Date: December 11, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _/s/ Sean P. Nalty_
SEAN P. NALTY
DENNIS J. RHODES
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.'S SHORT AND LONG TERM DISABILITY PLAN

Date: December 11, 2008

FRICKER & MELLEN & ASSOCIATES

By: _/s/ Timothy J. Fricker_
TIMOTHY J. FRICKER
JAMES G. MELLEN
Attorneys for Plaintiff
RAUL LOPEZ

**ORDER**

**IT IS SO ORDERED.**

Date: _____

By: _____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

---

2
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
USDC NDCA Case #CV08-00875 SI
405751.1

# CERTIFICATE OF SERVICE
*Raul Lopez v. New United Motor Manufacturing, Inc.'s Short and Long Term Disability Plan*
*USDC NDCA Case #CV08-00875 SI*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:    (510) 663-8484
Fax:   (510) 663-0639

*Attorneys for Plaintiff RAUL LOPEZ*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **December 11, 2008** at San Francisco, California.

_____
Nancy M.

---

3
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV08-00875 SI
405751.1